LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BOBAL,<br><br>  Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>  Defendants. | CASE NO. C 06 0547 EMC<br><br>Before the Honorable Edward M. Chen<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: May 3, 2006<br>Conference Time: 1:30 p.m.<br>Location: Courtroom C, 15th Floor<br>San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 3, 2006 Case Management Conference ("CMC") to October 4, 2006, at 1:30 p.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: _____April 26, 2006_____

_____
Honorable Edward M. Chen
United States District Judge

*IT IS SO ORDERED. Judge Edward M. Chen*

I:\4500.ZYPREXA\Client Folders\Bobal.47203\Complaint\CMC.PROPOSED.ORDER.doc

- 3 -

[PROPOSED] ORDER